IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

Bankruptcy Petition No.11-44482

**Debtor:**
Leanna S. Peoples
1011 Walton Avenue
St. Louis, MO 63113

## MOTION TO REOPEN ESTATE

COMES NOW Leanna S. Peoples, *pro se* debtor, and respectfully states:

1. The Movant is the debtor Leanna S. Peoples.

2. This estate and case were closed and the trustee discharged on August 24, 2011.

3. At the time of the filing of the petition herein, the debtor was the owner of a civil lawsuit pending in the Circuit Court, County of St. Louis, Missouri styled Leanna Peoples v. City of Maplewood, Cause No. 10SL-CC02397. This lawsuit was not scheduled by the debtor, was not administered by the trustee in this case, and was not abandoned by the trustee.

4. Movant is informed that the lawsuit has a value, which cannot be determined at this time, and should be administered by a trustee in order that the creditors of this estate may be benefitted thereby.

WHEREFORE, Leanna S. Peoples prays that this case be reopened and that this Court grant such other and further relief as may be appropriate.

Date: 12/16/2011

Leanna S. Peoples
Pro Se Debtor