UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re:                                      )
                                            )
LEANNA S. PEOPLES,                          )   Case No. 11-44482-659
                                            )   Chapter 7
                                            )
            Debtor.                         )

## O R D E R

The matter before the Court is the Debtor's Motion to Reopen Estate. Upon consideration of the record as a whole,

**IT IS ORDERED THAT** Debtor's Motion to Reopen Estate is GRANTED; and this case is therefore reopened; and

**IT IS FURTHER ORDERED THAT** the Chapter 7 Trustee be reappointed in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: January 5, 2012
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Stuart Jay Radloff
13321 N. Outer 40 Rd, Suite 800
St. Louis, MO 63017

Leanna S. Peoples
1011 Walton Ave.
St. Louis, MO 63113