# Law Office of James B. Day

13321 N. Outer Forty Road, Ste. 600
St. Louis, MO 63017
Phone #: (314) 786-1218  Fax #: (314) 448-4300
jdaylaw@charter.net

---

Invoice submitted to:

Stuart J. Radloff, Trustee
13321 N. Outer Forty, Ste. 600
St. Louis, MO 63017

April 16, 2015

In Reference To:  **Chapter 7 Trustee Representation**
**Leanna Peoples, Case #11-44482**

Invoice #2592

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 1/13/2012 | JBD | Conference with SJR, re: Litigation against City of Maplewood and Debtor's motion to reopen case. | 0.20<br>200.00/hr | 40.00 |
| 1/17/2012 | JBD | Investigate status of bankruptcy case and state court litigation. | 0.40<br>200.00/hr | 80.00 |
|  | JBD | Phone call to Philip Mackey, re: Pending $10k settlement offer and status of case. Request copy of petition. | 0.20<br>200.00/hr | 40.00 |
|  | JBD | Letter to John Toma, re: Review of litigation, value of claim, and explain possible appointment of special counsel to represent Bkrcy Estate. | 0.20<br>200.00/hr | 40.00 |
|  | JBD | Letter to Ms. Peoples, re: Investigation of State Court claims. | 0.10<br>200.00/hr | 20.00 |
|  | JBD | Receipt and review email from Philip Mackey, re: First Amended Petition. | 0.30<br>200.00/hr | 60.00 |
| 2/6/2012 | JBD | Telephone call from John Toma, re: Claim against Maplewood and status of litigation. | 0.20<br>200.00/hr | 40.00 |
| 2/11/2012 | JBD | Email from John Toma, re: Fee Agreement signed by Ms. Peoples. | 0.20<br>200.00/hr | 40.00 |
|  | JBD | Email to SJR, re: Fee agreement from attorney handling race/ gender discrimination lawsuit. | 0.10<br>200.00/hr | 20.00 |
| 4/4/2012 | JBD | Phone call to John Toma, re: Request update on discrimination lawsuit. | 0.10<br>200.00/hr | 20.00 |

---

Term - 30 Net

Stuart J. Radloff, Trustee                                                                                              Page     2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/27/2012 | JBD | Telephone call from John Toma, re: Case management conference and litigation in companion case. | 0.20<br>200.00/hr | 40.00 |
|  | JBD | Email from Sarah Mullen, re: City of Maplewood's pending $10k settlement offer. | 0.20<br>200.00/hr | 40.00 |
| 5/7/2012 | JBD | Phone call to John Toma, re: Defense verdict in related claim against Maplewood and discuss strategy for Ms. People's claim. | 0.20<br>200.00/hr | 40.00 |
| 5/31/2012 | JBD | Telephone call from John Toma, re: Representation in discrimination lawsuit. | 0.30<br>200.00/hr | 60.00 |
| 6/1/2012 | JBD | Email to Philip Mackey, re: Request information to evaluate $10k offer. | 0.20<br>200.00/hr | 40.00 |
|  | JBD | Conference with SJR, re: Discrimination litigation status. | 0.20<br>200.00/hr | 40.00 |
| 6/7/2012 | JBD | Telephone call from John Toma, re: Discuss representation and status conference. | 0.20<br>200.00/hr | 40.00 |
| 7/11/2012 | JBD | Attend Court hearing regarding Status Conference and Motion to remove case from dismissal docket. | 1.00<br>200.00/hr | 200.00 |
|  | JBD | Conference with SJR, re: Status conference and discussions with counsel involved in case. | 0.20<br>200.00/hr | 40.00 |
| 8/7/2012 | JBD | Review Ms. People's deposition transcript. | 2.50<br>200.00/hr | 500.00 |
| 8/8/2012 | JBD | Further review of Leana People's deposition transcript. | 0.80<br>200.00/hr | 160.00 |
|  | JBD | Phone call to Phil Mackey, re: Case mgmt hearing. (Left message) | 0.10<br>200.00/hr | 20.00 |
|  | JBD | Email from John Toma, re: Remove case from dismissal docket. | 0.20<br>200.00/hr | 40.00 |
|  | JBD | Conference with SJR, re: Settlement negotiation authority. | 0.20<br>200.00/hr | 40.00 |
|  | JBD | Email to John Toma, re: Expenses incurred during case. | 0.10<br>200.00/hr | 20.00 |
| 8/9/2012 | JBD | Attend Court hearing regarding Case status conference. Settlement negotiations. | 1.50<br>200.00/hr | 300.00 |
| 8/10/2012 | JBD | Email to John Toma, re: Expenses and settlement negotiation figures. | 0.20<br>200.00/hr | 40.00 |

Stuart J. Radloff, Trustee                                                                                                          Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/17/2012 | JBD | Draft email to Phil Mackey, re: $25k counteroffer. | 0.20<br>200.00/hr | 40.00 |
|  | JBD | Conference with SJR, re: Counteroffer to settle claims with City of Maplewood. | 0.20<br>200.00/hr | 40.00 |
| 8/18/2012 | JBD | Revise and edit email to Phil Mackey, re: Trustee's $25k counteroffer to settle litigation. | 0.20<br>200.00/hr | 40.00 |
| 8/27/2012 | JBD | Email to Phillip Mackey, re: Timeline required to notice any settlement with creditors. | 0.20<br>200.00/hr | 40.00 |
| 8/31/2012 | JBD | Email from Phil Mackey, re: Agreement to settle claim for $20k. | 0.20<br>200.00/hr | 40.00 |
| 9/4/2012 | JBD | Prepare Motion to approve Compromise of claim. | 1.20<br>200.00/hr | 240.00 |
|  | JBD | Conference with SJR, re: Motion to compromise claim. | 0.20<br>200.00/hr | 40.00 |
| 9/5/2012 | JBD | Mail Motion to Compromise to creditors. | 0.50<br>75.00/hr | 37.50 |
|  | JBD | Revise and file Motion to Compromise Claim. | 0.30<br>200.00/hr | 60.00 |
| 9/10/2012 | JBD | Conference with SJR, re: Provisions in Settlement Agreement. | 0.20<br>200.00/hr | 40.00 |
|  | JBD | Prepare Settlement Agreement. | 0.50<br>200.00/hr | 100.00 |
|  | JBD | Email to Phil Mackay, re: Proposed Settlement Agreement. | 0.20<br>200.00/hr | 40.00 |
| 9/17/2012 | JBD | Telephone call from John Toma, re: Proposed settlement, expenses, and case mgmt hearing. | 0.20<br>200.00/hr | 40.00 |
| 9/21/2012 | JBD | Receipt and review proposed changes to Settlement Agreement to include provisions for Ms. Peoples. | 0.20<br>200.00/hr | 40.00 |
|  | JBD | Phone call to Sarah Mullen, re: Additional provisions to release. | 0.20<br>200.00/hr | 40.00 |
|  | JBD | Attend Court hearing regarding Case Mgmt Hearing in Clayton.  Advise Court timeline to obtain court approval of proposed settlement.  Continued to 11-2-12. | 0.80<br>200.00/hr | 160.00 |

Stuart J. Radloff, Trustee                                                                                     Page    4

|              |     |                                                                                                             | Hrs/Rate           | Amount |
|--------------|-----|-------------------------------------------------------------------------------------------------------------|--------------------|--------|
| 9/21/2012    | JBD | Email to John Toma, re: Motion to Compromise, Case Mgmt Order, and proposed Settlement Agreement.           | 0.20<br>200.00/hr  | 40.00  |
|              | JBD | Conference with SJR, re: Status of case.                                                                    | 0.20<br>200.00/hr  | 40.00  |
| 10/1/2012    | JBD | Telephone call from John Toma, re: Negotiations with Debtor, hearing on Motion to Compromise, and fees.     | 0.20<br>200.00/hr  | 40.00  |
|              | JBD | Prepare certification of no response and proposed Order regarding Trustee's Motion to Compromise. Email to Court. | 0.30<br>200.00/hr  | 60.00  |
|              | JBD | Email to Phil Mackey, re: Negotiations regarding provisions in Settlement Agreement.                        | 0.20<br>200.00/hr  | 40.00  |
| 10/15/2012   | JBD | Receipt and review Debtors' motion to set aside settlement.                                                 | 0.30<br>200.00/hr  | 60.00  |
| 10/18/2012   | JBD | Legal Research re: Debtor standing to objection to compromise of claim.                                     | 1.00<br>200.00/hr  | 200.00 |
| 10/19/2012   | JBD | Prepare Response to Debtor's Motion to Set Aside Order.                                                     | 0.50<br>200.00/hr  | 100.00 |
| 10/22/2012   | JBD | Legal Research re: Standard for pro se debtors and standing to oppose motions.                              | 0.70<br>200.00/hr  | 140.00 |
|              | JBD | Revise and edit Trustee's response to debtor's motions. Point out no change of address filed in case.       | 1.20<br>200.00/hr  | 240.00 |
| 10/30/2012   | JBD | Conference with SJR, re: Response to Debtor's motions.                                                      | 0.20<br>200.00/hr  | 40.00  |
|              | JBD | Revise and edit Response to clarify timing of change of address filed by Debtor. File with court.           | 0.40<br>200.00/hr  | 80.00  |
|              | JBD | Letter to Debtor, John Toma, and Philip Mackey, re: Trustee's response to Debtor's various motions.         | 0.30<br>200.00/hr  | 60.00  |
|              | JBD | Email to Philip Mackay, re: Bkrcy filings and 11/2/12 case mgmt conference.                                 | 0.20<br>200.00/hr  | 40.00  |
| 11/1/2012    | JBD | Legal Research re: Trustee interest in litigation claims and standing.                                      | 1.50<br>200.00/hr  | 300.00 |
| 11/2/2012    | JBD | Attend Court hearing regarding Case Mgmt Conference. All matters continued to 11/19/12.                     | 1.00<br>200.00/hr  | 200.00 |
|              | JBD | Letter and email to John Toma, re: Case Mgmt Order and all pleadings filed in State Court on behalf of Trustee. | 0.20<br>200.00/hr  | 40.00  |

Stuart J. Radloff, Trustee												Page	5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/2/2012 | JBD | Prepare Entry of Appearance, Motion to substitute party and Motion to strike Debtor's pleadings in State Court action. | 2.50 200.00/hr | 500.00 |
| 11/14/2012 | JBD | Email to Phil Mackey, re: Revised settlement agreement. | 0.30 200.00/hr | 60.00 |
| 11/15/2012 | JBD | Email from Phil Mackey, re: Remaining issues in settlement agreement. | 0.20 200.00/hr | 40.00 |
| 11/16/2012 | JBD | Conference with SJR, re: Settlement agreement. | 0.20 200.00/hr | 40.00 |
|  | JBD | Phone call to Phillip Mackey, re: Negotiations to resolve issues in settlement agreement.  Discuss case mgmt conference. | 0.20 200.00/hr | 40.00 |
|  | JBD | Final revisions to Settlement Agreement. | 0.20 200.00/hr | 40.00 |
|  | JBD | Conference with SJR, re: Execute Settlement Agreement. | 0.20 200.00/hr | 40.00 |
| 11/19/2012 | JBD | Attend Court hearing regarding Case Mgmt Conference.  Both Trustee's motion for substitute counsel and motion to strike Ms. People's motion to set aside were granted.  Matter set on court's 12/5/12 dismissal docket. | 1.00 200.00/hr | 200.00 |
|  | JBD | Email to John Toma, re: Order from Case Mgmt hearing and Bkrcy Order denying Mtn to set aside settlement. | 0.20 200.00/hr | 40.00 |
|  | JBD | Email to Phil Mackey, re: Minor change to settlement agreement. | 0.20 200.00/hr | 40.00 |
|  | JBD | Receipt and review Notice of Appeal.  Email copy to SJR. | 0.20 200.00/hr | 40.00 |
|  | JBD | Multiple emails with Phil Mackey, re: Notice of Appeal. | 0.20 200.00/hr | 40.00 |
| 12/3/2012 | JBD | Conference with SJR, re: Appeal and stay of order authorizing settlement. | 0.20 200.00/hr | 40.00 |
|  | JBD | Phone call to Phil Mackey, re: Issues with appeal and finalizing settlement. | 0.20 200.00/hr | 40.00 |
|  | JBD | Legal Research re: Stays pending appeals. | 0.60 200.00/hr | 120.00 |
|  | JBD | Conference with SJR, re: Stay pending appeal and delays in finalizing settlement. | 0.20 200.00/hr | 40.00 |

Stuart J. Radloff, Trustee                                                                                                    Page      6

|            |     |                                                                                                                      | Hrs/Rate          | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 12/3/2012  | JBD | Phone call to Division 13 clerk, re: Request to reset case on subsequent dismissal docket due to appeal.             | 0.20<br>200.00/hr | 40.00  |
| 12/4/2012  | JBD | Letter sent by fax to Roger Lewis, re: Information regarding case and claims bar date.                               | 0.20<br>200.00/hr | 40.00  |
|            | JBD | Receipt and review Debtor's motion to remove case from dismissal docket.                                             | 0.10<br>200.00/hr | 20.00  |
|            | JBD | Phone call to Division 13 Clerk, re: Confirm matter removed from dismissal docket.                                   | 0.20<br>200.00/hr | 40.00  |
|            | JBD | Telephone call from Phillip Mackey, re: No appearance necessary and case removed from dismissal docket.              | 0.20<br>200.00/hr | 40.00  |
| 12/21/2012 | JBD | Receipt and review Order extending time for Ms. Peoples to file brief.                                               | 0.20<br>200.00/hr | 40.00  |
|            | JBD | Email to SJR and Phil Mackey, re: Appeal deadlines.                                                                  | 0.20<br>200.00/hr | 40.00  |
| 2/22/2013  | JBD | Confirm status of BAP appeal. Called 8th Circuit and confirmed no brief filed and deadline was 2/19/13.              | 0.20<br>200.00/hr | 40.00  |
|            | JBD | Email to SJR, re: Status of BAP appeal.                                                                              | 0.20<br>200.00/hr | 40.00  |
| 2/25/2013  | JBD | Receipt and review Show Cause Order. Debtor's brief not filed.                                                       | 0.10<br>200.00/hr | 20.00  |
| 3/8/2013   | JBD | Receipt and review various Orders and Motions regarding Appellant/Debtor filing brief late and revised briefing schedule. | 0.30<br>200.00/hr | 60.00  |
|            | JBD | Review Appellant's brief filed by Debtor.                                                                            | 0.60<br>200.00/hr | 120.00 |
|            | JBD | Conference with SJR, re: Brief and status of appeal.                                                                 | 0.20<br>200.00/hr | 40.00  |
| 3/15/2013  | JBD | Prepare and file Motion for Extension of Time to file brief.                                                         | 0.30<br>200.00/hr | 60.00  |
| 3/19/2013  | JBD | Legal Research, re: Cases cited in Debtor's brief.                                                                   | 0.80<br>200.00/hr | 160.00 |
| 3/23/2013  | JBD | Preparation of Appellee brief, statement of facts.                                                                   | 1.50<br>200.00/hr | 300.00 |
| 3/26/2013  | JBD | Prepare arguments in brief.                                                                                          | 1.80<br>200.00/hr | 360.00 |

Stuart J. Radloff, Trustee                                                                                          Page     7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/28/2013 | JBD | Legal research regarding standing and standard for Court to review proposed settlements. | 0.80<br>200.00/hr | 160.00 |
| 3/29/2013 | JBD | Prepare standing arguments. | 2.00<br>200.00/hr | 400.00 |
| 4/1/2013 | JBD | Prepare arguments in brief regarding abuse of discretion and potential value of claim. | 1.50<br>200.00/hr | 300.00 |
| 4/4/2013 | JBD | Revise and edit brief.  Reference documents in appendices.  File with BAP. | 5.00<br>200.00/hr | 1,000.00 |
|  | JBD | Letter to John Toma, re: Appellee brief and appendix. | 0.20<br>200.00/hr | 40.00 |
|  | JBD | Prepare and file Certificate of Service regarding mailing copy of brief to John Toma. | 0.20<br>200.00/hr | 40.00 |
| 4/5/2013 | JBD | Organize file materials. | 0.50<br>200.00/hr | 100.00 |
| 4/16/2013 | JBD | Conference with SJR, re: Notice of oral arguments. | 0.20<br>200.00/hr | 40.00 |
| 4/18/2013 | JBD | Receipt and review Order granting extension of time for Toma to file brief. | 0.10<br>200.00/hr | 20.00 |
| 4/24/2013 | JBD | Receipt and review Reply Brief filed by Debtor. | 0.30<br>200.00/hr | 60.00 |
| 5/3/2013 | JBD | Prepare and file Oral Argument Response Form. | 0.20<br>200.00/hr | 40.00 |
| 5/10/2013 | JBD | Conference with SJR, re: BAP oral arguments. | 0.30<br>200.00/hr | 60.00 |
| 5/13/2013 | JBD | Preparation for Oral arguments. | 4.00<br>200.00/hr | 800.00 |
| 5/14/2013 | JBD | Preparation for oral arguments. | 1.50<br>200.00/hr | 300.00 |
|  | JBD | Attend Court hearing regarding BAP Oral Arguments. | 1.50<br>200.00/hr | 300.00 |
|  | JBD | Conference with SJR, re: Summary of BAP Oral arguments. | 0.30<br>200.00/hr | 60.00 |
| 5/23/2013 | JBD | Multiple emails with Phil Mackey, re: Status of appeal and oral argument. | 0.20<br>200.00/hr | 40.00 |

Stuart J. Radloff, Trustee                                                                                              Page     8

|             |     |                                                                                                      | Hrs/Rate         | Amount |
|-------------|-----|------------------------------------------------------------------------------------------------------|------------------|--------|
| 7/2/2013    | JBD | Receipt and review opinion issued by the BAP affirming J. States order.                              | 0.20 200.00/hr   | 40.00  |
|             | JBD | Email and telephone call to Phil Mackey, re: BAP decision and dismissal docket setting in St. Louis County. | 0.20 200.00/hr   | 40.00  |
| 7/29/2013   | JBD | Receipt and review Notice of Appeal to 8th Circuit.  Confirm filed timely.                           | 0.20 200.00/hr   | 40.00  |
|             | JBD | Email to SJR, re: Notice of appeal to 8th Circuit.                                                   | 0.20 200.00/hr   | 40.00  |
|             | JBD | Telephone call from Phillip Mackay, re: Notice of Appeal to 8th Circuit.                             | 0.20 200.00/hr   | 40.00  |
|             | JBD | Telephone call from Phil Mackay, re: Appeal to 8th Circuit, disbursements to creditors, and delay in state court to finalize settlement. | 0.30 200.00/hr   | 60.00  |
| 9/6/2013    | JBD | Receipt and review Motion for Extension of time filed by John Toma.                                  | 0.20 200.00/hr   | 40.00  |
| 9/23/2013   | JBD | Receipt and review Debtor's second motion for extension of time to file brief and Order setting deadline to file on 10/8/13. | 0.20 200.00/hr   | 40.00  |
|             | JBD | Conference with SJR, re: Possible revocation of discharge.                                           | 0.20 200.00/hr   | 40.00  |
| 11/5/2013   | JBD | Phone call to Phil Mackey, re: State Court dismissal docket.                                         | 0.10 200.00/hr   | 20.00  |
|             | JBD | Prepare and file Motion to Remove case from dismissal docket.  Fax to Court and opposing counsel.    | 0.30 200.00/hr   | 60.00  |
|             | JBD | Email to John Toma, re: Motion to Remove case from dismissal docket.                                 | 0.10 200.00/hr   | 20.00  |
| 11/11/2013  | JBD | Review Debtor's 8th Circuit brief.                                                                   | 0.80 200.00/hr   | 160.00 |
|             | JBD | Review procedures and requirements for 8th Circuit brief.                                            | 0.40 200.00/hr   | 80.00  |
|             | JBD | Prepare brief for Appellee.                                                                          | 3.00 200.00/hr   | 600.00 |
| 11/12/2013  | JBD | Phone call to 8th Circuit Court of Appeals, re: Requirements to file brief.                          | 0.20 200.00/hr   | 40.00  |
|             | JBD | Revise and edit brief.                                                                               | 0.60 200.00/hr   | 120.00 |

Stuart J. Radloff, Trustee                                                                                                   Page     9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/13/2013 | JBD | Prepare Appendix with documents. | 0.50<br>200.00/hr | 100.00 |
|  | JBD | Final revisions to brief. | 0.80<br>200.00/hr | 160.00 |
|  | JBD | Conference with SJR, re: Appeal to 8th Circuit. | 0.20<br>200.00/hr | 40.00 |
| 11/15/2013 | JBD | Revise appellee brief to comply with 8th Circuit order.  Resubmit with court. | 0.40<br>200.00/hr | 80.00 |
| 11/20/2013 | JBD | Letter to John Toma, re: Appellee brief. | 0.10<br>200.00/hr | 20.00 |
| 11/22/2013 | JBD | Hand deliver appellee brief to 8th Circuit Court of Appeals. | 0.50<br>200.00/hr | 100.00 |
| 2/4/2014 | JBD | Prepare and file Motion to Remove case from Dismissal docket.  Fax and email to Phil Mackey and John Toma. | 0.40<br>200.00/hr | 80.00 |
|  | JBD | Email to SJR, re: Status of case and pleadings to remove case from State Court dismissal docket. | 0.20<br>200.00/hr | 40.00 |
| 5/5/2014 | JBD | Prepare and file Trustee's Motion to take case off dismissal docket.  Fax to John Toma and Phil Mackey. | 0.20<br>200.00/hr | 40.00 |
| 5/8/2014 | JBD | Email to SJR, re: 8th Circuit notice that appeal will be decided without oral argument. | 0.10<br>200.00/hr | 20.00 |
| 8/20/2014 | JBD | Receipt and review 8th Circuit Opinion affirming lower courts. | 0.20<br>200.00/hr | 40.00 |
|  | JBD | Email to SJR, re: 8th Circuit opinion. | 0.10<br>200.00/hr | 20.00 |
| 8/25/2014 | JBD | Email to Phil Mackey, re: 8th Circuit decision and status conference. | 0.20<br>200.00/hr | 40.00 |
|  | JBD | Phone call to Phil Mackey, re: Issues to finalize settlement and case management conference. | 0.20<br>200.00/hr | 40.00 |
| 8/27/2014 | JBD | Prepare and file Motion to remove case from dismissal docket.  Attach copy of 8th Circuit opinion.  Fax to Clerk and opposing counsel. | 0.50<br>200.00/hr | 100.00 |
|  | JBD | Conference with SJR, re: Status of case. | 0.10<br>200.00/hr | 20.00 |
| 10/13/2014 | JBD | Phone call to Sarah Mullen, re: Negotiations with City of Maplewood. | 0.10<br>200.00/hr | 20.00 |

Stuart J. Radloff, Trustee                                                                                                    Page     10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/13/2014 | JBD | Email to Sarah Mullen, re: Provision in proposed settlement between City of Maplewood and the Trustee. | 0.20<br>200.00/hr | 40.00 |
| 10/14/2014 | JBD | Email from Sarah Mullin, re: Coordination to finalize settlement. | 0.20<br>200.00/hr | 40.00 |
| 10/16/2014 | JBD | Email to Philip Mackey, re: TIN for Bankruptcy Estate. | 0.10<br>200.00/hr | 20.00 |
| 10/23/2014 | JBD | Phone call to Phillip Mackay, re: Negotiations to finalize settlement. | 0.20<br>200.00/hr | 40.00 |
| 11/3/2014 | JBD | Review John Toma's contingency fee agreement. | 0.20<br>200.00/hr | 40.00 |
|  | JBD | Email to Sarah Mullin, re: Verify whether notice of attorney lien asserted on the City of Maplewood. | 0.20<br>200.00/hr | 40.00 |
| 11/4/2014 | JBD | Prepare and file Motion to remove case from dismissal docket.  Fax copy to Phil Mackay and John Toma. | 0.20<br>200.00/hr | 40.00 |
|  | JBD | Email to John Toma, re: Request information to determine whether contingency attorney fee lien served on the City of Maplewood. | 0.20<br>200.00/hr | 40.00 |
| 11/10/2014 | JBD | Receipt and review letter from John Toma, re: Attorney lien.  Investigate claim of lien and timeline of State Court litigation. | 0.50<br>200.00/hr | 100.00 |
|  | JBD | Letter to John Toma, re: Claim against settlement and last demand from City of Maplewood. | 0.20<br>200.00/hr | 40.00 |
| 11/11/2014 | JBD | Letter to John Toma, re: Summary and negotiations to resolve attorney's fees arising out of contingency fee agreement. | 0.30<br>200.00/hr | 60.00 |
| 11/14/2014 | JBD | Revise and edit correspondence to John Toma, re: Attorney lien issue. | 0.30<br>200.00/hr | 60.00 |
|  | JBD | Conference with SJR, re: Proposed resolution of issues with John Toma and payment through Estate. | 0.50<br>200.00/hr | 100.00 |
| 12/4/2014 | JBD | Email from Sarah Mullin, re: Coordination to finalize settlement. | 0.10<br>200.00/hr | 20.00 |
| 12/18/2014 | JBD | Receipt and review letter from John Toma, re: Demand to resolve attorney lien.  Forward to SJR. | 0.20<br>200.00/hr | 40.00 |
| 12/19/2014 | JBD | Conference with SJR, re: Toma demand and attorney lien. | 0.20<br>200.00/hr | 40.00 |
| 1/10/2015 | JBD | Prepare Notice of Dismissal for State Court litigation. | 0.20<br>200.00/hr | 40.00 |

Stuart J. Radloff, Trustee                                                                                                    Page     11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 1/10/2015 | JBD | Email to SJR, re: Recommendation to dismiss State Court litigation and status of negotiations with John Toma. | 0.20<br>200.00/hr | 40.00 |
| 1/23/2015 | JBD | Revise and file Notice of Dismissal of Maplewood state court litigation. Fax to John Toma and Phil Mackey. | 0.20<br>200.00/hr | 40.00 |
|  | JBD | Email with John Toma, re: Negotiations to resolve attorney lien. | 0.20<br>200.00/hr | 40.00 |
| 2/2/2015 | JBD | Receipt and review letter from John Toma, re: Expenses incurred during representation. | 0.20<br>200.00/hr | 40.00 |
| 2/5/2015 | JBD | Conference with SJR, re: John Toma statements regarding expenses and resolve isue in bkrcy case. | 0.20<br>200.00/hr | 40.00 |
|  | JBD | Email to John Toma, re: Accept offer to settle and explain requirement for Court approval. | 0.20<br>200.00/hr | 40.00 |
| 2/6/2015 | JBD | Prepare Motion to compromise with John Toma. | 1.20<br>200.00/hr | 240.00 |
|  | JBD | Conference with SJR, re: Motion to compromise. | 0.20<br>200.00/hr | 40.00 |
|  | JBD | Revise and edit Motion to Compromise with Trustee's comments.  File. | 0.30<br>200.00/hr | 60.00 |
|  | MS | Mail Motion to Compromise to creditors. | 0.50<br>75.00/hr | 37.50 |
| 3/2/2015 | JBD | Prepare proposed order granting Trustee's Motion to compromise John Toma's attorney lien.  Email to John Toma and SJR for review. | 0.50<br>200.00/hr | 100.00 |
|  | JBD | Attend Court hearing regarding Motion to compromise John Toma claim. Granted.  Submit proposed order. | 0.50<br>200.00/hr | 100.00 |
| 3/6/2015 | JBD | Email from John Toma, re: Provisions in Order compromising interest in atty lien and paperwork needed to formally release lien.  Submit order to Court. | 0.20<br>200.00/hr | 40.00 |
| 3/12/2015 | JBD | Telephone call from Phil Mackey, re: Confirm finality of State Court proceeding and details regarding settlement check. | 0.20<br>200.00/hr | 40.00 |
| 3/13/2015 | JBD | Receipt and review letter from Phil Mackey with $20k settlement check. | 0.10<br>200.00/hr | 20.00 |
| 3/16/2015 | JBD | Conference with SJR, re: Settlement check and payment to John Toma. | 0.10<br>200.00/hr | 20.00 |

Stuart J. Radloff, Trustee                                                                                              Page      12

|              |     |                                                                          | Hrs/Rate       | Amount      |
|--------------|-----|--------------------------------------------------------------------------|----------------|-------------|
| 4/15/2015    | JBD | Prepare Application for Fees and Expenses.  Approval by SJR.             | 0.80<br>200.00/hr | 160.00   |
| 4/16/2015    | MS  | Mail Application for Fees and Expenses to creditors.                     | 0.50<br>75.00/hr  | 37.50    |
|              |     | **For professional services rendered**                                   | **79.80**      | **$15,772.50** |

Additional Charges :

|            |                                                                                          | Qty/Price  |        |
|------------|------------------------------------------------------------------------------------------|------------|--------|
| 9/5/2012   | Postage to mail Motion to compromise claim with City of Maplewood to creditors.          | 1<br>5.40  | 5.40   |
| 11/19/2013 | Copying cost for 8th Circuit Appellee brief                                              | 1<br>81.24 | 81.24  |
| 11/20/2013 | Postage to mail 8th Circuit Appellee brief to John Toma.                                 | 1<br>1.72  | 1.72   |
| 2/6/2015   | Postage to mail Motion to Compromise with John Toma to creditors.                        | 1<br>6.86  | 6.86   |
| 4/16/2015  | Postage to mail Application for Fees to creditors.                                       | 1<br>6.86  | 6.86   |
|            | **Total additional charges**                                                             |            | **$102.08** |
|            | **Total amount of this bill**                                                            |            | **$15,874.58** |
|            | **Balance due**                                                                          |            | **$15,874.58** |

Term - 30 Net